# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133586

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AUTO CLUB INSURANCE ASSOCIATION,
Individually and AUTO CLUB INSURANCE
ASSOCIATION, as Subrogee of ROBERT
PARROTT,
      Plaintiff-Appellee,

v

                                  SC: 133586
                                  COA: 264070
                                  Oakland CC: 2003-008055-AV
                                  52-1 DC:  03-C05649-GC

NOVI CAR WASH,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007                            _____

p0711                                       Clerk